UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Thomas G. Dolan. | Chapter 7<br>Case No. 19-12386-FJB |
| Debtor. | |

### ORDER ON APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY ACCOUNTANT

At _____, in said district this _____ day of _____, 2020.

The Application by the Trustee for Authority to Employ Verdolino & Lowey, PC as his Accountant having come on before me for hearing, sufficient notice having been given, it appearing that the proposed accountants have or represent no interest adverse to the debtor's estate, and good cause appearing to me therefore, it is hereby

ORDERED that the Trustee is hereby authorized to retain the accounting firm of Verdolino & Lowey, P.C. as the Trustee's accountant in this case.  The accountant's fees will be subject to review and further order of this court after appropriate applications and notice.

_____

BANKRUPTCY JUDGE