UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Thomas G. Dolan.<br><br>　　　　　　　　　Debtor. | Chapter 7<br>Case No. 19-12386-FJB |

**CERTIFICATE OF SERVICE**

I, Joseph G. Butler, do hereby certify that on September 25, 2020, I served a copy of the Application by Trustee to Employ Verdolino & Lowey, P.C. as his Accountants and proposed order on the persons on the attached service list by causing a copy of the same to be mailed by first class mail, postage prepaid or as otherwise indicated on the service list.

Signed under the penalties of perjury September 25, 2020.

　　　　　　　　　　　　　　　　/s/Joseph G. Butler
　　　　　　　　　　　　　　　　Joseph G. Butler

Service List
Thomas G. Dolan
Case no. 19-12386-FJB

**VIA ECF**

- Eric K. Bradford     Eric.K.Bradford@USDOJ.gov
- Joseph G. Butler     JGB@JGButlerlaw.com, JGButlerlaw@gmail.com
- Joseph G. Butler     JGBBarron@yahoo.com, MA41@ecfcbis.com
- Martin B. Dropkin     nmatza@hotmail.com, mdropkin@dropkinmatza.com;nastor@dropkinmatza.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- John C. La Liberte     JCLaLiberte@sherin.com, sworfolk@sherin.com
- Jason A. Manekas     jmanekas@bg-llp.com, kpurvis@bg-llp.com
- Nancy Gail Matza     nmatza@hotmail.com, nastor@dropkinmatza.com

**VIA US MAIL**

Amex
P.O. Box 981537
El Paso, TX 79998-1537

Amijane Haust
15 Glenn Rd
Reading, MA 01867-2314

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Capital Management Services LP
698 1/2 South Ogden St
Buffalo, NY 14206-2317

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One/Bose
PO Box 30253
Salt Lake City, UT 84130-0253

CES/SallieMae
C/O ACS
Utica, NY 13501

Citibank
c/o Midland Funding LLC
3111 Camino Del Rio Dr North
Suite 103
San Diego, CA 92108-5721

Citizens Bank NA
480 Jefferson Blvd
Warwick, RI 02886-1359

Collection
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

ComenityBank/JCrew
PO Box 182789
Columbus, OH 43218-2789

Discover Fin Svcs LLC
POB 15316
Wilmington, DE 19850-5316

Hanscom Federal Cr Union
25 Porter Rd Ste 100
Littleton, MA 01460-1434

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMCB Card
PO Box 15369
Wilmington, DE 19850-5369

Levitt Law Group
4 Meeting House Road
Suite 3
Chelmsford, MA 01824-2775

Lustig Glaser & Wilson PC
P.O. Box 549287
Waltham, MA 02454-9287

Matthew Greene & Cassandra Baldassare
49 Fairview Avenue
Reading, MA 01867-3418

Navient
PO Box 9500
Wilkes Barre, PA 18773-9500

PNC Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

The Bureaus, Inc.
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Verizon Wireless
c/o McCartht Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146-1807

Zwicker & Associates
80 Minuteman Rd
Andover, MA 01810-1008

Thomas G Dolan
300 Trade Center
No. 1550
Woburn, MA 01801-7406

Massachusetts Department of Revenue
Bankruptcy Unit
P O Box 9564
Boston, MA 02114-9564